**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ROBERT THUNE,

        Plaintiff,

v.                                                                                          CIVIL ACTION

R. JAMES NICHOLSON,                                          No. 06-2019-JWL-GLR
SECRETARY, DEPARTMENT
OF VETERANS AFFAIRS,
        Defendant.

**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

This matter is before the Court on the Motion to Withdraw as Counsel (doc. 53) of Attorneys Uzo L. Ohaebosim and Lawrence W. Williamson, Jr., of the law firm of Shores, Williamson and Ohaebosim, LLC. In their motion, counsel seek to withdraw as counsel of record in this case for Plaintiff. Having reviewed the written submissions of counsel and being otherwise fully apprised in the premises, the Court hereby finds and orders as follows:

    1.    For the reasons stated in the Motion to Withdraw as Counsel, good cause exists for counsels' withdrawal, and said withdrawal is permissible under the applicable rules of professional conduct.

    2.    Moving counsel have provided proper notice of their Motion to all other counsel and have complied with Local Rule 83.5.5 by serving the necessary notice upon Plaintiff by certified mail, restricted delivery. The certified mail receipt evidencing said service has been filed with the Clerk of the Court (*See* doc. 59). Further, moving counsel have filed proof of notice that they have notified Plaintiff of the specific dates for all pending court hearings, conferences, and trial setting (*See* doc. 64).

    3.    Moving counsel are hereby authorized to withdraw as counsel of record for Plaintiff in this case.

    4.    From the date of service of this Order upon the parties to this action, no further notices, papers or pleadings are to be served upon withdrawing counsel. All further notices, discovery requests, and pleadings shall be served upon said Plaintiff at the following address:

4224 Waialae Ave.
#5536
Honolulu, HI 96816

IT IS SO ORDERED.

Dated in Kansas City, Kansas, this 6th day of September, 2007.

<u>s/Gerald L. Rushfelt</u>
Gerald L. Rushfelt
United States Magistrate Judge

cc:   All counsel, *pro se* parties, and
      withdrawing counsel